**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FULVIA ZUSTOVICH,

        Plaintiff,

        -against-

HARVARD MAINTENANCE, INC., SPC
SERVICES, INC., SAGE REALTY CORPORATION,
SULO LULANAJ, MURAT MELA,

        Defendants.
------------------------------------------------------------X

Case No. 08 CV 6856
(Judge Baer)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                        S.S.:
COUNTY OF NEW YORK)

        HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 4th day of August, 2008, at approximately 2:50 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; INDIVIDUAL PRACTICES OF JUDGE HAROLD BAER, JR.; INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX; AND ELECTRONIC CASE FILING RULES & INSTRUCTION upon SPC SERVICES, INC. at 210 East 49th Street, New York, NY, by personally delivering and leaving the same with CHRISTINA BATES, who informed deponent that she is an Owner authorized by law to receive service at that address.

        CHRISTINA BATES is a white female, approximately 35 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 140 pounds with brown hair and light eyes.

*/s/ Hector Figueroa*
HECTOR FIGUEROA
#870141

Sworn to before me this
7th day of August, 2008

/s/ Notary
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com