

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
FULVIA ZUSTOVICH,

        Plaintiff,

        -against-

HARVARD MAINTENANCE, INC., SPC
SERVICES, INC., SAGE REALTY CORPORATION,
SULO LULANAJ, MURAT MELA,

        Defendants.
----------------------------------------------------------X

Case No. 08 CV 6856
(Judge Baer)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                        S.S.:
COUNTY OF NEW YORK)

        HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 4th day of August, 2008, at approximately 2:50 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; INDIVIDUAL PRACTICES OF JUDGE HAROLD BAER, JR.; INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX; AND ELECTRONIC CASE FILING RULES & INSTRUCTION upon SULO LULANAJ at 210 East 49th Street, New York, NY, by personally delivering and leaving the same with CHRISTINA BATES, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if SULO LULANAJ is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        CHRISTINA BATES is a white female, approximately 35 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 140 pounds with brown hair and light eyes.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

That on the 5th day of August, 2008, deponent served another copy of the foregoing upon SULO LULANAJ by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

SULO LULANAJ
210 East 49th Street
New York, NY 10017

HECTOR FIGUEROA
#870141

Sworn to before me this
7th day of August, 2008

NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com