**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FULVIA ZUSTOVICH,

        Plaintiff,

        -against-

HARVARD MAINTENANCE, INC., SPC
SERVICES, INC., SAGE REALTY CORPORATION,
SULO LULANAJ, MURAT MELA,

        Defendants.
------------------------------------------------------------X

Case No. 08 CV 6856
(Judge Baer)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                            S.S.:
COUNTY OF NEW YORK)

        HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 4th day of August, 2008, at approximately 2:45 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; INDIVIDUAL PRACTICES OF JUDGE HAROLD BAER, JR.; INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX; AND ELECTRONIC CASE FILING RULES & INSTRUCTION upon SAGE REALTY CORPORATION at 777 Third Avenue, 31st Floor, New York, NY, by personally delivering and leaving the same with MARY MATOS SMALL, who informed deponent that she is a Senior Vice President authorized by law to receive service at that address.

        MARY MATOS SMALL is a white female, approximately 40 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 120 pounds with blond hair and light eyes.

*[signature]*
HECTOR FIGUEROA
#870141

Sworn to before me this
7th day of August, 2008

*[signature]*
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109716
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com