## Waiver of Service of Summons

TO:   Bradford D. Conover, Attorney for the Plaintiff
      Conover Law Offices
      75 Rockefeller Plaza, 20th Floor
      New York, NY 10019


   I acknowledge receipt of your office's request that I waive service of a summons in the action of *Fulvia Zustovich v. Harvard Maintenance, Inc., SPC Services, Inc., Sage Realty Corp., Sulo Lulanaj, and Murat Mela*, which is case number 08-cv-6856 in the United States District Court for the Southern District. I have also received a copy of the complaint in the action, the Individual Rules of Judge Baer and Judge Fox, the Electronic Case Filing Rules & Instructions, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after August 1, 2008, or within 90 days after that date if the request was sent outside the United States.


_8/18/08_
Date

Perry S. Heidecker
Milman Labuda Law Group PLLC
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 11042
Attorney for Defendant Murat Mela