UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

FULVIA ZUSTOVICH,

                 Plaintiff,

   -against-

HARVARD MAINTENANCE, INC., et al.,

                 Defendants.
-----------------------------------------------------------X

No. 08-CV-6856 (HB)

**STIPULATION AND ORDER**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendant SPC Services, Inc. ("SPC") to serve an Answer to the Summons and Complaint is extended to and including September 5, 2008, and that SPC hereby waives any defenses based on ineffective service of process.

Dated:   August 19, 2008

LITTLER MENDELSON, P.C.

By: _____
   Michael P. Pappas (MP-6716)
Attorneys for Defendant SPC
885 Third Avenue
New York, New York 10022
(212) 583-9600

CONOVER LAW OFFICES

By: _____
   Bradford D. Conover (BC-72?)
Attorneys for Plaintiff
75 Rockefeller Plaza, 20th Floor
New York, New York 10019
(212) 588-9080

SO ORDERED:

_____
Hon. Harold Baer, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08