**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W3**
**LAKE SUCCESS, NEW YORK 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

**Author: Jamie S. Felsen**
**Direct E-Mail Address:** jamiefelsen@mllaborlaw.com
**Direct Dial: (516) 303-1391**

**Via ECF**

September 5, 2008

Honorable Harold Baer, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2230
New York, NY 10007

  **Re:**  **Zustovich v. Harvard Maintenance, Inc. et al.**
     **Index Number: 08-CV-6856**

Dear Judge Baer:

  This firm represents the defendants in the above-referenced matter.

  Enclosed hereto is a stipulation entered into by the parties extending defendants' time to answer or file a motion to dismiss and extending plaintiff's time to oppose defendants' motion to dismiss. The parties request that you so order this stipulation.

           Very Truly,

           **MILMAN LABUDA LAW GROUP PLLC**


           /s/   Jamie S. Felsen_____
           Jamie S. Felsen

Enclosure

cc: Molly Smithsimon, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FULVIA ZUSTOVICH,

                Plaintiff,

                Case No.: 08-CV-6856 (HB)(KNF)

       against

HARVARD MAINTENANCE, INC., SPC     STIPULATION
SERVICES, INC., SAGE REALTY CORP.,
SULO LULANAJ and MURAT MELA,

                Defendants.
------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between the parties that the time for all named Defendants to either serve an answer or move to dismiss the Plaintiff's Complaint is extended up to and including October 17, 2008. Plaintiff will be afforded a comparable extension of time to oppose such motion, not less than forty five (45) days. Defendants have agreed not to contest the adequacy of service of process, but reserve the right to assert any and all other defenses.

    A copy of this stipulation shall be deemed an original.

Dated: Lake Success, New York
       August 27, 2009

CONOVER LAW OFFICES                         MILMAN LABUDA LAW GROUP, PLLC

Molly Smithsimon, Esq.                       Perry S. Heidecker, Esq.
Attorneys for Plaintiff                          Attorneys for Defendant
75 Rockefeller Plaza, 20th Floor             3000 Marcus Avenue, Suite 3W3
New York, New York 10019                 Lake Success, New York 11042
Tel. (212) 588-9080                             Tel. (516) 328-8899

                                                             SO ORDERED