UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
**FULVIA ZUSTOVICH**

                                          **Index No. 08-CV-6856 (HB)(KNF)**

      **Plaintiff,**

        v.                              **NOTICE OF APPEARANCE**

**HARVARD MAINTENANCE, INC., SPC SERVICES, INC.,
SAGE REALTY CORPORATION, SULO LULANAJ,
MURAT MELA**

      **Defendants.**
------------------------------------------------------------------X

    I hereby enter my appearance on behalf of Defendants in the above-captioned action.

                                                          /s/_____
                                                          Jamie S. Felsen, Esq.
                                                          MILMAN LABUDA LAW GROUP PLLC
                                                          Attorney for Defendants
                                                          3000 Marcus Avenue, Suite 3W3
                                                          Lake Success, NY 11042
                                                          Tel:  (516) 328-8899

TO:    Molly Smithsimon, Esq.