USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FULVIA ZUSTOVICH,

       Plaintiff,      08 Civ. 6856 (HB)

  -against-          ORDER

HARVARD MAINTENANCE, INC.,
SPC SERVICES, INC., SAGE REALTY
CORPORATION, SULO LULANAJ,
and MURAT MELA,

       Defendants.
------------------------------------------------------------x

  This matter having been settled pursuant to a mediation held on September 9, 2009 and the parties having entered a Post-Mediation Order of Discontinuance in connection therewith, it is hereby

  ORDERED that the Clerk of this Court is directed to close all open motions in this matter and to close this case and remove it from my docket.

**IT IS SO ORDERED.**

**New York, New York**
**September 23, 2009**

                   _____
                   U.S.D.J.